# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL MURPHY | CIVIL ACTION |
| VERSUS | |
| BOSTON SCIENTIFIC CORPORATION | NO. 18-31-JWD-EWD |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 6, 2018, to which no opposition was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand, (Doc. 8) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's request for fees and costs pursuant to 28 U.S.C. § 1447(c) is also DENIED.

Signed in Baton Rouge, Louisiana, on <u>July 25, 2018</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA